042677/19344/MHW/SAL

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| DANIEL RODRIGUEZ, | |
| Plaintiff, | |
| v. | No. 16-cv-10427 |
| GHALIAH OBAISI, as Independent Executor of the Estate of SALEH OBAISI, M.D., WENDY OLSEN, and WEXFORD HEALTH SOURCES, INC., | Judge John J. Tharp, Jr. |
| | Magistrate Judge Jeffrey T. Gilbert |
| Defendants. | |

## JOINT STATUS REPORT

Counsel for GHALIAH OBAISI, as Independent Executor of the Estate of SALEH OBAISI, M.D., and WEXFORD HEALTH SOURCES, INC. ("Medical Defendants"), Counsel for Wendy Olsen, and Counsel for Plaintiff respectfully submit this Joint Status Report pursuant to the Court's October 30, 2020 order.

**Status of Discovery**

The parties have completed most written discovery. The parties anticipate obtaining updated medical records from UIC Hospital. The parties do not anticipate conducting any other written discovery. The following discovery items are pending:

- The Parties reviewed the state of written and oral discovery. The parties are currently unable to locate Plaintiff Daniel Rodriguez's responses and answers to Defendant Wexford's Interrogatories. Plaintiff's Counsel has examined his file and presently cannot locate the file folder where the responses and answers should be. Plaintiff's counsel previously indicated that if he could not locate the document in short order he would arrange to have his client prepare and execute another copy of the document. This has been further delayed due to limited access to his client due to COVID concerns.

- Plaintiff intends to take the following depositions

- o  Dr. Rohit Choudhary;
- o  Dr. Michal Szczodry;
- o  30(b)(6) deposition of Wexford's Corporate Representative;
- o  30(b)(6) deposition of UIC's Corporate Representative.

The following depositions have already been taken by the parties: Plaintiff, Defendant Olson, four prison guards, Dr. Martija, and Jose Becerra, physical therapist.

The parties request 90 days to complete fact discovery.

**Status of Briefing of Any Unresolved Motions**

None.

**Settlement Efforts**

None at this time.

**Agreed Proposed Schedule for next 45 days**

The parties request 90 days to complete fact discovery

**Necessity for telephonic hearing with the Court**

Not at this time.

Dated: November 16, 2020

By: /s/ Edward A. Khatskin
Attorney for GHALIAH OBAISI, as Independent Executor of the Estate of SALEH OBAISI, M.D., and WEXFORD HEALTH SOURCES, INC.

Edward A. Khatskin | 6319840
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
(312) 641-3100
(312) 444-1669 (Fax)
ekhatskin@cassiday.com

2

By: /s/ David M. Zinder
Attorney for Plaintiff Daniel Rodriguez

David M. Zinder | 6191840
Law Offices of David M. Zinder
40 Skokie Boulevard, Suite 105
Northbrook, IL 60062
(224) 330-1712
(224) 330-1715 (Fax)
dzinder@dmzlaw.com

By: /s/ Myron Grant, AAG
Attorney for Defendant Wendy Olson

Myron Grant, AAG
Office of the Illinois Attorney General
100 W. Randolph St., 13th Floor
Chicago, Illinois 60601-3397
(312) 814-2680
mgrant@atg.state.il.us

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2020, I electronically filed the foregoing document with the clerk of the court for the Northern District of Illinois using the electronic case filing system of the court. The electronic case filing system sent a "Notice of E-Filing" to the attorneys of record in this case.

Dated: <u>November 16, 2020</u>  By: <u>/s/ Edward A. Khatskin</u>

9657542 EKHATSKI;EKHATSKI